# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

ZACK COLYER                               PLAINTIFF

                                            **Civil Action No. 3:19cv218-NBB-JMV**

vs.

VANETTA A. JOHNSON,                  DEFENDANTS
JNJ EXPRESS, INC.,
JNJ LOGISTICS, LLC
And JOHN DOES 1-3.

## ORDER

Consistent with the district judge's February 4, 2020 Order [27] granting a trial continuance, it is ORDERED that the following deadlines now control:

1) Plaintiff's Expert Designation:    5/27/20

2) Defendant's Expert Designation: 6/24/20

3) Completion of all discovery:       8/27/20

4) Dispositive/*Daubert* Motions:     9/11/20

5) ADR Reporting: Consistent with 120 day requested enlargement of time.

**IT IS FURTHER ORDERED** that Plaintiff shall have 21 days from this date to either serve process on Defendant Vanetta A. Johnson or show cause why this defendant should not be dismissed from this action pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

So Ordered this 10th day of February, 2020.

                                                                      /s/ Jane M. Virden
                                                                      U. S. Magistrate Judge