# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**ZACK COLYER**                                 **PLAINTIFF**

                                          **Civil Action No. 3:19cv218-NBB-JMV**

**vs.**

**VANETTA A. JOHNSON,**                    **DEFENDANTS**
**JNJ EXPRESS, INC.,**
**JNJ LOGISTICS, LLC**
**And JOHN DOES 1-3.**

## **ORDER**

Consistent with the district judge's June 17, 2020 Order [44] granting a trial continuance, it is ORDERED that the following deadlines now control:

1) Plaintiff's Expert Designation:    9/28/20

2) Defendant's Expert Designation: 10/28/20

3) Completion of all discovery:     12/28/20

4) Dispositive/*Daubert* Motions:    1/11/21

5) ADR Reporting:    Consistent with 120 day requested enlargement of time

So Ordered this 26th day of June, 2020.

                                                       /s/ Jane M. Virden
                                                       U. S. Magistrate Judge