UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ZACK COLYER**                                          **PLAINTIFF**

**VS.**                                         **Civil Action No. 3:19cv218-NBB-JMV**

**VANETTA A. JOHNSON;**                      **DEFENDANTS**
**JNJ EXPRESS, INC.;**
**JNJ LOGISTICS, LLC;**
**and JOHN DOES 1-3.**

## ORDER

Consistent with the District Judge's Order [52] granting a trial continuance, it is ORDERED that the following deadlines now control:

    1)   Plaintiff's Expert Designation:    12/28/20

    2)   Defendant's Expert Designation:   1/28/21

    3)   Discovery:    3/28/21

    4)   Dispositive/*Daubert* Motions:    4/11/21

SO ORDERED this 20th day of November, 2020.

                                                          /s/ Jane M. Virden
                                                          U.S. Magistrate Judge