UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ZACK COLYER**                                              **PLAINTIFF**

**VS.**                                               Civil Action No. 3:19cv218-NBB-JMV

**VANETTA A. JOHNSON;**                                      **DEFENDANTS**
**JNJ EXPRESS, INC.;**
**JNJ LOGISTICS, LLC;**
**and JOHN DOES 1-3.**

## ORDER

Consistent with the District Judge's Order [58] granting a trial continuance until February 7, 2022, it is ORDERED that the following deadlines now control:

1) Plaintiff's Expert Designation:   3/29/21

2) Defendant's Expert Designation: 4/29/21

3) Discovery:                               6/28/21

4) Dispositive/*Daubert* Motions:   7/12/21

SO ORDERED this 2nd day of February, 2021.

/s/ Jane M. Virden
U.S. Magistrate Judge